# NO. 12-18-00317-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ROBBINS RANCH SUBDIVISION HOMEOWNERS' ASSOCIATION AND WILLIAM A. RHYNE, ET UX, INDIVIDUALLY, APPELLANTS* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW NO. 2* |
| *PARTNERS OF BENCHMARK PROPERTIES, L.P., ET AL, APPELLEES* | *§* | *GREGG COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

William A. Rhyne and Robbins Ranch Subdivision Homeowners' Association filed a notice of appeal from judgments in favor of Trivium Operating, L.L.C., Chinn Exploration Company, and Partners of Benchmark Properties, L.P. On March 6, 2019, Chinn and Trivium filed an agreed motion to dismiss Appellants' appeal as to them. The motion is signed by counsel for Appellants and counsel for Chinn and Trivium. No decision has been delivered in this appeal. Accordingly, we *dismiss* the appeal as to Chinn and Trivium. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, costs on appeal are taxed against the party incurring same. This dismissal does not affect Appellants' appeal with respect to Benchmark.

Opinion delivered March 12, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 12, 2019**

**NO. 12-18-00317-CV**

**ROBBINS RANCH SUBDIVISION HOMEOWNERS' ASSOCIATION AND WILLIAM A. RHYNE, ET UX, INDIVIDUALLY,**
Appellants
V.
**PARTNERS OF BENCHMARK PROPERTIES, L.P., ET AL,**
Appellees

---

Appeal from the County Court at Law No. 2

of Gregg County, Texas (Tr.Ct.No. 2015-251-CCL2)

---

THIS CAUSE came on to be heard on the agreed motion of the Appellants, William A. Rhyne and Robbins Ranch Subdivision Homeowners' Association, and Appellees, Trivium Operating, L.L.C. and Chinn Exploration Company, to dismiss the appeal herein with respect to Chinn and Trivium, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the agreed motion to dismiss be **granted** and the appeal be **dismissed as to Chinn and Trivium,** and that the decision be certified to the court below for observance. This dismissal does not affect Appellants' appeal as to Appellee, Partners of Benchmark Properties, L.P.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*